UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOHN FALEK** | : | **DOCKET NO. 2:07-cv-1746** |
| **VS.** | : | **JUDGE MELANÇON** |
| **BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT** | : | **MAGISTRATE JUDGE HILL** |

## J U D G M E N T

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Respondent's Motion to Dismiss [doc. 35] is **GRANTED** and accordingly, this petition is **DENIED AND DISMISSED WITH PREJUDICE** as moot.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 5th day of August, 2008.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE